

```
                              FILED

                           FEB 1 1 2010

                       UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF CALIFORNIA
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. 09-44045-D-13G |
| ) | Docket Control No. none |
| GUADALUPE G. PEREZ, JR. and ) | |
| LETICIA VERDUZCO PEREZ, ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |

**MEMORANDUM**

On February 9, 2010, Leticia Verduzco Perez ("Leticia Perez") filed a document titled "Ex Parte Application for Emergency Motion to Impose Stay and Request for First Day Order," (the "Application"). For the reasons stated below the Application was denied on February 10, 2010.

On November 3, 2009 Guadalupe G. Perez and Leticia Perez (collectively, the "debtors") filed this Chapter 13 case.[1] On November 4, 2009 Antonio Barba ("Barba") filed a motion for relief from automatic stay. The debtors opposed the motion and a hearing was held on November 30, 2009. The court granted Barba relief from stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(4), finding that the debtors' case was part of a "scheme to delay, hinder and defraud

---

[1] This is the second bankruptcy case filed by Mr. Perez in the last year. Mr. Perez's first bankruptcy case was filed on August 4, 2009, Case No. 09-36422, and was dismissed on October 8, 2009 because Mr. Perez failed to file his schedules, statement of financial affairs, and a proposed plan.

creditors, and that scheme involved multiple bankruptcy filings" affecting the real property that is the subject of Barba's relief from stay motion (Docket Entry 25).

On November 20, 2009 the Chapter 13 trustee filed a motion to dismiss the debtors' case. Following a hearing held on December 28, 2009, the debtors' case was dismissed by an order entered January 7, 2010 (the "Dismissal Order"). The debtors' case was dismissed for unreasonable delay that was prejudicial to creditors. On January 19, 2010 the debtors filed a motion for reconsideration of the Dismissal Order (the "Reconsideration Motion"). The debtors failed to serve any of their creditors or other parties in interest with the Reconsideration Motion. Accordingly, the court, on its own notice, set the Reconsideration Motion for hearing on February 22, 2010 at 9:00 a.m.

Although the Application is confusing and unclear, it appears that Leticia Perez is requesting the court "impose a stay" pending the court's ruling on the Reconsideration Motion. As the debtors' Chapter 13 case was dismissed on January 7, 2010, and the Dismissal Order has not been vacated, there is no bankruptcy case pending through which the court can "impose a stay." Further, the Application is procedurally defective. The Application requests the court to "impose a stay" over all creditors, including Barba, without notice to anyone. As the rights of Barba and other creditors could clearly be affected by the Reconsideration Motion, the Application must be served and noticed for hearing pursuant to Fed.R.Bankr.P. 9014 and 7004, which the moving party has failed to do so.

/ / /

For the reasons stated, the Application was denied by separate order on February 10, 2010.

Dated: FEB 11 2010

*Robert Bardwil*
ROBERT S. BARDWIL
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF MAILING

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Guadalupe Perez, Jr.
 And Leticia Verduzco
920 W Tokay St.
Lodi, CA 95240

Thomas Gillis
1006 H Street, #1
Modesto, CA 95354

Russell Greer
P.O. Box 3051
Modesto, CA 95353-3051

DATE: February 11, 2010

_____
Deputy Clerk